1  Law Offices of Zaman
   Neda A. Zaman
2  Bar#: 204593
   3435 Wilshire Boulevard
3  Suite 640
   Los Angeles, California 90010
4  Tel: (213) 381-3777
5  Fax: (213) 381-5866

6  Attorney for Plaintiff

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE
   NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE

10                                                          )
11  YAZDAN TORABIAN                                         )
                                                            ) NO. C 07-05905 RS
12                                                          )
            vs.                                             )
13                                                          )
                                                            )
14  Peter D. KEISLER, Attorney General of the               ) DECLARATION
    United States, Michael CHERTOFF, Secretary of           )
15  the United States' Department of Homeland Security,     )
    Eduardo AGUIRRE, Acting Director of the Bureau of       )
16  Citizenship and Immigration Service; Christina          )
    POULOS, Director of the California Service Center,      )
17  and David STILL, San Francisco District Office,         )
18  Sacramento Sub Office of the Bureau of Citizenship      )
    and Immigration Service,                                )
19                                                          )
20          Defendants.                                     )
    _____)
21

22                              DECLARATION
23  I, Neda a. Zaman, am the attorney representing the plaintiff, Mr. Torabian. I declare under
    penalty of perjury and pursuant to the laws of the State of California that I have not received the
24  Summons that was issued in this case.
       Respectfully submitted
25

26  _____
    Neda A. Zaman
27

28