```
Law Offices of Zaman
Neda A. Zaman
Bar#: 204593
3435 Wilshire Boulevard
Suite 640
Los Angeles, California 90010
Tel: (213) 381-3777
Fax: (213) 381-5866

Attorney for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE

| | |
|---|---|
| YAZDAN TORABIAN<br>Plaintiff<br><br>vs.<br><br>Peter D. KEISLER, Attorney General of the U.S., Michael CHERTOFF, Secretary of the United States Department of Homeland security, Eduardo AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Services; Christina POULOS, Director of California Service Center, and David STILL, San Francisco District Office, Sacramento Sub-Office of the Bureaus of Citizenship and Immigration Service<br><br>Defendants. | Case Number<br>2:07-CV-05905 RS<br><br><br><br><br>Certificate of Service |

## **Certificate of Service**

I, Neda A. Zaman, do hereby certify that I am over the age of 18 years, and have served a copy of the foregoing: Summons. Writ of mandamus and supporting documents, Order Setting Initial Case management Conference, and Standing Order re Case management by regular mail, postage prepaid on the following:

1. Alberto Gonzales, Attorney General of the United States at:
   Constitution Avenue and 10th Street N.W. Washington D.C., 20530

And
U.S. Attorneys Office
Civil Process Clerks
150 Alamedan Boulevard
Suite 900
San Jose, California 95113

2. Michael Chertoff, Secretary of the Department of Homeland Security at:
   Washington D.C. 20528

3. Eduardo Aguirre, Acting Director of the United States Citizenship and Immigration Service at:
   Sacramento –Sub-Office
   650 Capital Mall
   Sacramento, California 95814 and
   California Service Center
   P.O. Box 10400
   Laguna Niguel, California 92607

4. Christina Poulos,
   California Service Center
   P.O. Box 10400
   Laguna Niguel, California 92607

5. David Still, San Francisco District office, Sacramento Sub-Office of the United States Citizenship and Immigration Service at:

   Sacramento –Sub-Office
   650 Capital Mall
   Sacramento, California 95814

Date:   December 14, 2007, 2007

                                                       Neda A. Zaman
                                                       Attorney at Law