1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 YAZDAN TORABIAN,                    )
                                       ) No. C 07-5905 RS
13                Plaintiff,           )
                                       )
14         v.                          )
                                       ) **PARTIES' CONSENT TO MAGISTRATE**
15 PETER D. KEISLER, Attorney General of ) **JUDGE JURISDICTION**
   the United States; MICHAEL CHERTOFF, )
16 Secretary of the United States' Department of )
   Homeland Security; EDUARDO AGUIRRE, )
17 Acting Director of the Bureau of Citizenship and )
   Immigration Services; CHRISTINA POULOS, )
18 Director of the California Service Center; and )
   DAVID STILL, San Francisco District Office, )
19 Sacramento Sub Office of the Bureau of )
   Citizenship and Immigration Services, )
20                                     )
                  Defendants.          )
21 _____ )

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C 07-5905 RS                              1

| | | |
|---|---|---|
| 1 | Date: February 13, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: February 13, 2008

_____/s/_____
NEDA A. ZAMAN
Attorney for Plaintiff

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Consent to Magistrate Jurisdiction
C 07-5905 RS                2