1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | YAZDAN TORABIAN,                         )
                                             ) No. C 07-5905 RS
13 |            Plaintiff,                   )
                                             )
14 |       v.                                )
                                             ) **STIPULATION TO DISMISS AND**
15 | PETER D. KEISLER, Attorney General of   ) **[PROPOSED] ORDER**
   the United States; MICHAEL CHERTOFF,     )
16 | Secretary of the United States' Department of )
   Homeland Security; EDUARDO AGUIRRE,     )
17 | Acting Director of the Bureau of Citizenship and )
   Immigration Services; CHRISTINA POULOS, )
18 | Director of the California Service Center; and )
   DAVID STILL, San Francisco District Office, )
19 | Sacramento Sub Office of the Bureau of  )
   Citizenship and Immigration Services,   )
20 |                                          )
              Defendants.                    )
21 | _____)

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to interview Plaintiff within 30 days, and adjudicate his application for naturalization within 60 days after Plaintiff's interview.

   Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 07-5905 RS                                      1

| | |
|---|---|
| Date: February 13, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: February 13, 2008 | /s/<br>NEDA A. ZAMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.