1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143                    *E-FILED 2/15/08*
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | YAZDAN TORABIAN,                              )
                                                 ) No. C 07-5905 RS
13 |           Plaintiff,                         )
                                                 )
14 |      v.                                      )
                                                 ) **STIPULATION TO DISMISS AND**
15 | PETER D. KEISLER, Attorney General of        ) **[PROPOSED] ORDER**
the United States; MICHAEL CHERTOFF,             )
16 | Secretary of the United States' Department of )
Homeland Security; EDUARDO AGUIRRE,             )
17 | Acting Director of the Bureau of Citizenship and )
Immigration Services; CHRISTINA POULOS,         )
18 | Director of the California Service Center; and  )
DAVID STILL, San Francisco District Office,     )
19 | Sacramento Sub Office of the Bureau of         )
Citizenship and Immigration Services,           )
20 |                                              )
           Defendants.                           )
21 | _____ )

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice in light of the fact that the United States Citizenship and Immigration

25 | Services is now prepared to interview Plaintiff within 30 days, and adjudicate his application for

26 | naturalization within 60 days after Plaintiff's interview.

27 |     Each of the parties shall bear their own costs and fees.

28 | ///

Stipulation to Dismiss
C 07-5905 RS                                1

Date: February 13, 2008                               Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney


                                                      _____/s/_____
                                                      EDWARD A. OLSEN[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants


                                                      _____/s/_____
Date: February 13, 2008                               NEDA A. ZAMAN
                                                      Attorney for Plaintiff

                          **ORDER**

         Pursuant to stipulation, IT IS SO ORDERED.

Date:        February 15, 2008
                                                      _____
                                                      RICHARD SEEBORG
                                                      United States Magistrate Judge

_____

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-5905 RS                          2